1

2

3

4                      UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    WELLS FARGO BANK, N.A.,                    Case No.  3:25-cv-00671-JSC

8              Plaintiff,

          v.                                    **ORDER TO SHOW CAUSE TO**
9                                               **DEFENDANT EQUAAN SMITH**

10   EQUAAN D SMITH, et al.,

11             Defendants.

12

13        This case arises out of years of litigation following Wells Fargo's foreclosure of a home

14   owned by Defendant Equaan Smith in which Defendant Russell Robinson, her former attorney,

15   owns a four percent interest.  In 2020, Wells Fargo brought an action for declaratory relief,

16   cancellation of instrument, quiet title, and slander of title in the Alameda County Superior Court.

17   *See Wells Fargo Bank, N.A. VS Smith*, No. RG20051563. Two years later, the parties filed a

18   stipulated dismissal following a settlement whereby judgment was entered in Wells Fargo's favor.

19   Since this time, Defendants have removed the action to this court on five occasions, seeking to

20   prevent the superior court from ruling on pending motions to enforce the judgment and/or convey

21   possession of the subject property to Wells Fargo. *See* Case No. 23-3090; Case No. 23-6135; Case

22   No. 24-3344; Case No. 25-671. On each occasion, the Court has remanded the action to the

23   superior court for lack of subject matter jurisdiction. *See* Case No. 23-3090, Dkt. No. 29; Case No.

24   23-6135, Dkt. No. 30; Case No. 24-3344, Dkt. No. 20; Case No. 24-9335, Dkt. No. 11; Case No.

25   25-671, Dkt. No. 12.  Eleven days after the Court most recently remanded Mr. Robinson's

26   removal of the superior court action and issued a vexatious litigant order prohibiting Mr. Robinson

27   from again removing the superior court action without federal court approval, Case No. 24-9335,

28   Dkt. Nos. 11, 12, Ms. Smith removed the same superior court action again. Case No. 25-971, Dkt.

United States District Court
Northern District of California

1    No. 1.

2    The Court has previously warned Ms. Smith that should she, like Mr. Robinson, engage in

3    successive removals of the superior court action without a good faith basis for alleging subject

4    matter jurisdiction, the Court would utilize its inherent power to file "restrictive pre-filing orders"

5    enjoining vexatious litigants "with abusive and lengthy histories of litigation" from filing further

6    actions or papers. *Weissman v. Quail Lodge, Inc.*, 179 F.3d 1194, 1197 (9th Cir. 1999).  Ms.

7    Smith nonetheless removed this action based on the **identical** improper allegations of federal

8    question jurisdiction as invoked in her prior removal; namely, that Wells Fargo is "engaged and

9    may be engaging in unlawful debt reporting and/or collection activity" in violation of the Federal

10   Debt Collection Practices Act.  (*Compare* Dkt. No. 1 at 2 *with* Case No. 24-3344, Dkt. No. 1 at 2.)

11   The Court previously held these allegations do not establish a basis for subject matter jurisdiction.

12   (Case. No. 24-3344, Dkt. No. 20.)  Although the Court ordered Ms. Smith to appear on February

13   6, 2024 and explain her successive removal of this action, neither she nor her counsel Mr. Jeffrey

14   Neustadt appeared.  (Dkt. Nos. 9, 10.)

15   Accordingly, Ms. Smith is ORDERED TO SHOW CAUSE as why she should not be

16   declared a vexatious litigant and a prefiling review order entered prohibiting her from filing any

17   further notices of removal of the action in the Alameda County Superior Court, *Wells Fargo Bank,*

18   *N.A. v. Smith*, No. RG20051563.  **Ms. Smith shall file a written response to this Order by**

19   **February 27, 2025 and Ms. Smith and her counsel Mr. Jeffrey Neustadt shall appear in**

20   **person to show cause on March 6, 2025 at 10:00 a.m. in Courtroom 8, 450 Golden Gate Ave.,**

21   **San Francisco, California.**

22   Failure to file a written response and appear at the Order to Show Cause hearing may result

23   in entry of a vexatious litigant order without further notice.

24

25   **IT IS SO ORDERED.**

26   Dated: February 7, 2025

27   _____

28   JACQUELINE SCOTT CORLEY
     United States District Judge

United States District Court
Northern District of California

2